Opinion issued February 1, 2007










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-06-00296-CV

____________


IN RE SANJEEV PATEL, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Sanjeev Patel, filed a petition for a writ of mandamus complaining of
Judge Gamble's jurisdiction to issue orders that (1) granted a summary judgment in
favor of the real parties in interest; (2) struck relator's seventh amended petition; and
(3) granted relator's motion for non-suit. (1)

 We deny the petition for a writ of mandamus. We further deny the real parties
in interest motion for sanctions and damages. See Tex. R. App. P. 52.11.


PER CURIAM

Panel consists of Justices Nuchia, Keyes and Higley.
1. 
 
 
 
 -